IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| STEVE VIC PARKER, a/k/a JERRY WILSON, TDCJ NO. 590690,<br><br>    Petitioner,<br><br>v.<br><br>WILLIAM STEPHENS, Director, Texas Department of Criminal Justice, Correctional Institutions Division,<br><br>    Respondent. | CIVIL ACTION NO. H-15-1067 |

**FINAL JUDGMENT**

For the reasons set forth in the court's Memorandum Opinion and Order entered on this date, this case is **DISMISSED without prejudice**.

This is a **FINAL JUDGMENT**.

The Clerk shall provide a copy of this Final Judgment to the parties.

**SIGNED** at Houston, Texas, on this 7th day of August, 2015.

_____
SIM LAKE
UNITED STATES DISTRICT JUDGE