# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS



Steve Vic Parker
590690 Estelle Unit
264 FM 980
Hunstville, TX US 77320

CLERK OF COURT
P.O. BOX 61010
HOUSTON, TEXAS 77208
http://www.txs.uscourts.gov

United States Courts
Southern District of Texas
FILED

MAR 19 2019

David J. Bradley, Clerk of Court

Date: Friday, March 1, 2019
Case Number: 4:15-cv-01067
Document Number: 29 (4 pages)
Notice Number: 20190301-42
Notice: The attached order has been entered.

CLERK
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
POST OFFICE BOX 61010
HOUSTON, TEXAS 77208

OFFICIAL BUSINESS

U.S. POSTAGE >> PITNEY BOWES
ZIP 77002 $ 001.15⁰
02 1W
0001374615 MAR 01 2019

United States Courts
Southern District of Texas
FILED
MAR 18 2019
David J. Bradley, Clerk of Court