To: Clerk, U.S. Dist. Court
Southern Dist. of Texas
P.O. Box 61010
Houston, TX 77208

From: Steve Vic Parker
1808 Webberville Rd.
Austin, TX 78721

United States Courts
Southern District of Texas
FILED
MAR 22 2019
David J. Bradley, Clerk of Court

Date: March 18th, 2019

App. Ct. No.# 15-20451
U.S.D.C. No.# 15-CV-1067

RE: Notice of New Address

Dear Clerk,

With this letter today to your Office, please be advised that the Petitioner hereby gives written notice to this Honorable Court of his new address;

Please address any and all future pleadings, orders, and all correspondence to:

Steve Vic Parker
1808 Webberville Rd
Austin, TX 78721

Thank you for your attention to this matter.

Sincerely yours,

Steve Parker
Petitioner/Applicant

CC: 01B
Add. Update

Mr. Steve Vic Parker
1808 Webberville Rd.
Austin, TX. 78721



AUSTIN TX 787
RIO GRANDE DISTRICT
19 MAR 2019 PM 2 L

Clerk, United States District Court
Southern Dist. of Texas
P.O. Box 61010
Houston, Texas 77208

United States Courts
Southern District of Texas
FILED
MAR 22 2019
David J. Bradley, Clerk of Court

77208-101010