# UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS


20190301-42

Steve Vic Parker
590690 Estelle Unit
264 FM 980
Hunstville, TX US 77320

CLERK OF COURT
P.O. BOX 61010
HOUSTON, TEXAS 77208
http://www.txs.uscourts.gov

United States Courts
Southern District of Texas
F I L E D

**MAR 26 2019**

David J. Bradley, Clerk of Court

Date: Friday, March 1, 2019
Case Number: 4:15-cv-01067
Document Number: 29 (4 pages)
Notice Number: 20190301-42
Notice: The attached order has been entered.

**CLERK**
**TATES DISTRICT COURT**
**ERN DISTRICT OF TEXAS**
**T OFFICE BOX 61010**
**JSTON, TEXAS 77208**

OFFICIAL BUSINESS

United States Courts
Southern District of Texas
FILED

**MAR 26 2019**

David J. Bradley, Clerk of Court



ANK
name & # don't
match

NIXIE 773 7E 1 7203/26/19
RETURN TO SENDER
ATTEMPTED - NOT KNOWN
UNABLE TO FORWARD

BC: 7720810101 *2091N6752-01-00507*

