IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| STEVE VIC PARKER, a/k/a Jerry Wilson TDCJ No. 590690, Petitioner, | § § § § § |
| v. | § CIVIL ACTION NO. H-15-1067 |
| LORIE DAVIS, Director, Texas Department of Criminal Justice, Correctional Institutions Division, Respondent. | § § § § § § |

**ORDER EXTENDING TIME TO FILE ANSWER**

On the motion of Respondent, the Director's time for filing her amended answer is extended for thirty days, up to and including Friday, May 10, 2019.

It is so ORDERED.

SIGNED on this the 11th day of April, 2019.

_____
PRESIDING JUDGE